AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

WILMINGTON HOSPITALITY, LLC, and
JOSEPH L. CAPANO, SR., and
ALBERT A. VIETRI

V.

BRANCH BANKING AND TRUST COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-180

TO: (Name and address of Defendant)

Branch Banking and Trust Company
200 W. 2nd Street
Winston Salem, North Carolina 27101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Avenue
Elsmere, DE 19805

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    3/23/05
CLERK                                              DATE

(By) DEPUTY CLERK

[Filed stamp: 2005 APR -7 AM 10:18 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

∾AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  April 1, 2005 |
| NAME OF SERVER (PRINT)  Aquil K. Starks | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Complaint upon defendant via Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/05
　　　　　　　Date

*Signature of Server*

Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MAR 2 4 2005