IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, ) <br> a Delaware limited liability company, et al. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BRANCH BANKING & TRUST ) <br> COMPANY, a foreign corporation, ) <br> ) <br> Defendant. ) | C.A. No. 05-180-KAJ |

TO: Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE 19805

### ENTRY OF APPEARANCE

BLANK ROME LLP hereby enters its appearance in the above-captioned matter on behalf of defendant BRANCH BANKING & TRUST COMPANY without prejudice to all claims and defenses, jurisdictional or otherwise.

BLANK ROME LLP

By: _____
Neal C. Belgam (#2721)
Elizabeth A. Wilburn (#3666)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Defendant BRANCH BANKING & TRUST COMPANY

Dated: April 21, 2005

113397.00601/40152768v1

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on this 21st day of April, 2005, I caused two copies of the foregoing Entry of Appearance to be delivered to the following in the manner indicated below:

### BY FIRST CLASS MAIL

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE  19805

_____
Elizabeth A. Wilburn