IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, a Delaware limited liability company, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-180-KAJ |
| BRANCH BANKING & TRUST COMPANY, a foreign corporation, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR EXTENSION TO ANSWER, PLEAD OR OTHERWISE APPEAR

It is hereby stipulated and agreed by and between counsel for the parties, that the time within which Defendant Branch Banking & Trust Company may answer, plead or otherwise appear in this action is extended through and including May 6, 2005.

| BLANK ROME LLP | DAVIS, BUCCO & ARDIZZI |
|---|---|
| BY: _[signature]_ | BY: _[signature]_ |
| Neal C. Belgam (# 2721) | Robert Daniel Ardizzi (# 3602) |
| Elizabeth A. Wilburn (# 3666) | 2 North Colonial Ave. |
| 1201 Market Street, Suite 800 | Elsmere, DE 19805 |
| Wilmington, DE 19801 | Tele: (302) 345-9808 |
| Tele: (302) 425-6400 | |

*Attorneys for Defendant Branch Banking & Trust Company*

*Attorneys for Plaintiffs*

Dated: April 28, 2005

Dated: April 28, 2005

113397.00601/40152805v1