**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

May 13, 2005

Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE   19805

Neal C. Belgam, Esquire
Blank Rome LLP
1201 N. Market Street - #800
Wilmington, DE   19801

Re:   Wilmington Hospitality, LLC, et al. v.
      Branch Banking & Trust Company
      <u>Civil Action No. 05-180-KAJ</u>

Dear Counsel:

   I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                              Very truly yours,

                              /s/ Kent A. Jordan
                              Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court