IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, a Delaware limited liability company, JOSEPH L. CAPANO, SR., and ALBERT A. VIETRI,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRANCH BANKING & TRUST COMPANY, a foreign corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-180-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **6th** day of **June, 2005,**

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **June 10, 2005 at 4:30 p.m.** is hereby rescheduled to **June 10, 2005 at 11:00 a.m.** Plaintiffs' counsel shall initiate the teleconference.

                _/s/ Kent Jordan_
                UNITED STATES DISTRICT JUDGE