

Phone:  (302) 425-6487
Fax:    (302) 425-6464
Email:  wilburn@blankrome.com

June 8, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. Courthouse
844 King Street
Lock Box 10
Wilmington, Delaware 19801

   Re: **Wilmington Hospitality, LLC v. Branch Banking & Trust,
     C.A. No. 05-180-KAJ**

Dear Judge Jordan:

  As Plaintiff's counsel is not yet registered for electronic filing, I submit on behalf of the parties the enclosed proposed scheduling order for discussion during the scheduled Rule 16 teleconference on Friday, June 10, 2005 at 11:00 a.m.

  Counsel for the parties are available at the convenience of the Court, should Your Honor have any questions.

Respectfully submitted,

ELIZABETH A. WILBURN

EAW:dem

cc: Clerk of the Court (by electronic filing)
   Robert Daniel Ardizzi, Esquire (by fax and first class mail)