IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, a Delaware limited liability company, JOSEPH L. CAPANO, SR., and ALBERT A. VIETRI, <br><br>        *Plaintiffs*, <br><br>v. <br><br>BRANCH BANKING AND TRUST COMPANY, a foreign corporation, <br><br>        *Defendant*. | Civil Action No. 05-180-KAJ |

## INITIAL DISCLOSURES OF DEFENDANT BRANCH BANKING & TRUST COMPANY

Pursuant to the Court's Order of June 14, 2005, and Federal Rule of Civil Procedure 26(a)(1), Defendant Branch Banking & Trust Company ("BB&T" or "Defendant") provides the following required disclosures:

1.    The identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses:

    (a)    Thomas A. Mann, II, Esquire (BB&T In-house Counsel);

    (b)    Sherrie L. McGill (BB&T Commercial Real Estate Lender);

    (c)    Timothy Little (former Chief Credit Officer);

    (d)    Joel Shapiro, Esquire (Blank Rome LLP);

    (e)    Kimberly Rockwell Brosseit, Esquire (formerly of Blank Rome LLP)

    (f)    David E. Wilks, Esquire (Delaware counsel for GreatAmerica Leasing Corp.)

    (g)    Joanne Needleman (Bankruptcy Counsel for GreatAmerica Leasing Corp.).

    (h)    Dennis Jeffries (employee of GreatAmerica Leasing Corp.)

    (i)    L. Vincent Ramunno, Esquire (Delaware counsel for Plaintiffs);

    (j)    Andrew J. Aerenson, Esquire (Delaware counsel for Plaintiffs);

    (k)    Joseph L. Capano, Sr.;

    (l)    Albert A. Vietri

2.    Documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses:

    (a)    Documents, books and records, including but not limited to loan files related to the property located at 401 Airport Road, New Castle County, Delaware 19720, tax parcel number 10-013.00-001;

    (b)    Documents and pleadings related to the action captioned *Republic Bank v. Joseph L. Capano and Albert A. Vietri*, Delaware Superior Court, Civil Action No. 01C-02-260-SPL;

    (c)    Documents and pleadings related to the Wilmington Hospitality bankruptcy, and related court filings from the United States

      Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 01-19401, including appellate proceedings;

 (d) Documents and pleadings related to the action captioned *GreatAmerica Leasing Corporation v. Republic Bank, et al*, Delaware Court of Chancery, Civil Action No. 19714;

 (e) Correspondence between counsel for Wilmington Hospitality, GreatAmerica Leasing Corp., and Republic Bank.

3. Identity of experts and their opinions.

At this time, BB&T has not identified or retained an expert, but reserves the right to identify one or more experts to opine on matters relevant to the parties' claims and defenses.

4. Insurance agreements in force.

None.

5. Statement of the basis for any damages.

Defendant's damages computation for its asserted counterclaim is based upon (i) the attorneys' fees and costs incurred in enforcing and defending Defendant's rights against third parties in the Delaware Court of Chancery, the Delaware Superior Court, the Bankruptcy Court for the Eastern District of Pennsylvania, and this action, and (ii) the losses incurred by Defendant associated with Plaintiffs' contractual breaches and defaults.

Dated: June 20, 2005

BLANK ROME LLP

_Elizabeth A. Wilburn_
Elizabeth A. Wilburn (DE #3666)
1201 North Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Defendants

113397.00601/40154578v1

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on this 20th day of June, 2005, I caused two copies of the foregoing Initial Disclosures to be delivered to the following in the manner indicated below:

### BY FIRST CLASS MAIL

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE 19805

*[signature]*
Elizabeth A. Wilburn #3666

113397.00601/40152770v1