# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 302-345-9808
E-MAIL: Robert.Ardizzi@davisbucco.com

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

June 28, 2005



PENNSYLVANIA

United States District Court
 for the District of Delaware
NEW JERSEY    Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
DELAWARE    Lockbox 18
Wilmington, DE 19801

*Re: Wilmington Hospitality et al v. Branch Banking and Trust*
*Docket No.* 1:05-cv-180(KAJ)

Dear Sir/Madam:

Enclosed please find an original and one copy of the following:

(1)   Reply to Counterclaim

(2)   Motion for Admission Pro Hac Vice

Please file the originals and return the copies to me, date-stamped, in the enclosed envelope.

Thank you for your assistance in this matter.

Sincerely,

ROBERT D. ARDIZZI

/rda
Enclosures
cc: Elizabeth Wilburn, Esquire
    Albert A. Ciardi, III, Esquire

**Davis, Bucco and Ardizzi**
2 North Colonial Avenue, Elsmere, DE 19805