IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
JUL 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON HOSPITALITY, LLC,
JOSEPH L. CAPANO, SR., and
ALBERT A. VIETRI

:
:
: CIVIL ACTION
:
Plaintiffs   : CASE NO. 05-180 KAJ
v.           :
:
BRANCH BANKING AND TRUST :
COMPANY  (Successor of Republic Bank) :
:
Defendants   :

### REPLY TO COUNTER-CLAIM

Plaintiff Wilmington Hospitality, LLC ("Wilmington Hospitality") hereby replies to the Counter-Claim as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Strict proof thereof is demanded at the time of trial.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied as a conclusion of law to which no response is required.

9. Admitted.

10. Denied. Plaintiff demands strict proof thereof at the time of trial.

## COUNT I

11. Plaintiff incorporates by references its answer to paragraphs 1 through 10 as if fully set forth herein.

12. Admitted. By way of further answer it is the very agreement that Wilmington Hospitality, Capano and Vietri seek to enforce.

13. Denied. The Bank breached the Stipulation by failing to honor the provisions relating to the Great American Leasing Company leases and, therefore, Wilmington Hospitality, Capano and Vietri were forced to file this action.

14. Denied. Plaintiff demands strict proof thereof at the time of trial.

**WHEREFORE,** the Plaintiffs pray for judgment against the Defendant in the amount of $170,000.00 plus interest, costs and such other relief as this Court deems is just and proper.

**Respectfully submitted,**

Albert A. Ciardi, III, Esquire
CIARDI & CIARDI, P.C.
One Commerce Square, Suite 2020
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550
Attorney for Plaintiff

and

Robert Daniel Ardizzi, Esquire
DAVIS & BUCCO, P.C.
2 North Colonial Avenue
Elsmere, DE 19805
(302) 345-9808
Attorney for Plaintiff

Dated: June 28, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC<br>JOSEPH L. CAPANO, SR.<br>and ALBERT A. VIETRI<br><br>                    Plaintiffs<br><br>    v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY (Successor of Republic Bank)<br><br>                    Defendant | :<br>:<br>:<br>:    Civil Action<br>:<br>:    Case No. 1:05-cv-180(KAJ)<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Reply to Counterclaim was served upon counsel for Defendant via first class mail, postage prepaid, at the following address and on the following date:

Elizabeth A. Wilburn, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Dated: June 28, 2005                By: _____
                                    Robert D. Ardizzi, Esquire
                                    DAVIS, BUCCO & ARDIZZI
                                    2 North Colonial Avenue
                                    Elsmere, DE 19805
                                    (302) 345-9808
                                    Attorney for Plaintiff