IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

JUL   5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON HOSPITALITY, LLC
JOSEPH L. CAPANO, SR.
ALBERT A. VIETRI

                Plaintiffs

v.

BRANCH BANKING AND TRUST
COMPANY    (Successor of Republic Bank)

                Defendant

: Civil Action No. 1:05-cv-180(KAJ)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Albert A. Ciardi, III**, Esquire to represent Plaintiffs in this matter.

Signed: _[signature]_

Robert D. Ardizzi, Esquire
Bar I.D. No. 3602
2 N. Colonial Avenue
Elsmere, DE 19805
(302) 345-9808

Attorney for Plaintiffs

Date:  June 8, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____                    _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Date: _____ 6 - 13 - 05 _____

Albert A. Ciardi, III, Esquire
Ciardi & Ciardi
2005 Market Street
One Commerce Square, Suite 2020
Philadelphia, PA 19103
(215) 557-3550

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILMINGTON HOSPITALITY, LLC | : | |
| JOSEPH L. CAPANO, SR. | : | |
| and ALBERT A. VIETRI | : | |
| | : | Civil Action |
| | : | |
| Plaintiffs | : | Case No. 1:05-cv-180(KAJ) |
| | : | |
| v. | : | |
| | : | |
| BRANCH BANKING AND TRUST | : | |
| COMPANY (Successor of Republic Bank) | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro

Hac Vice was served upon counsel for Defendant via first class mail, postage prepaid, at the

following address and on the following date:

Elizabeth A. Wilburn, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Dated: June 28, 2005                    By: _____

Robert D. Ardizzi, Esquire
DAVIS, BUCCO & ARDIZZI
2 North Colonial Avenue
Elsmere, DE 19805
(302) 345-9808
Attorney for Plaintiff