IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC<br>JOSEPH L. CAPANO, SR.<br>ALBERT A. VIETRI<br><br>       Plaintiffs<br><br>   v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY (Successor of Republic Bank)<br><br>       Defendant | :<br>:<br>:<br>:<br>: Civil Action No. 1:05-cv-180(KAJ)<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Michael Bowman, Esquire** to represent Plaintiffs in this matter.

Signed: *[signature]*

Robert D. Ardizzi, Esquire
Bar I.D. No. 3602
2 N. Colonial Avenue
Elsmere, DE 19805
(302) 345-9808

Attorney for Plaintiffs

Date:  August 2, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ Michael Bowman_

Date: 8/2/05

Michael Bowman, Esquire
Ciardi & Ciardi
2005 Market Street
One Commerce Square, Suite 2020
Philadelphia, PA 19103
(215) 557-3550