# DAVIS, BUCCO & ARDIZZI
**ATTORNEYS AT LAW**

TEL: 302-345-9808
E-MAIL: Robert. Ardizzi@davisbucco.com

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

October 13, 2005

PENNSYLVANIA

NEW JERSEY

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

DELAWARE

**RE:    WILMINGTON HOSPITALITY, LLC
V. BRANCH BANKING & TRUST CO.
D. DEL. C.A. NO. 05-180-KAJ**

Dear Judge Jordan:

Pursuant to the Court's June 14, 2005 Scheduling Order, kindly allow this correspondence to provide the Court with the status of the above referenced matter. As the Court may know, Magistrate Judge Mary Pat Thynge held a telephonic conference on August 15, 2005, where the parties agreed to submit to mediation to possibly resolve this litigation. Judge Thynge scheduled the mediation conference for November 22, 2005.

Further, the parties have agreed to stay discovery until the Court resolves Defendant's Motion to Dismiss, which (as counsel for Branch Banking & Trust represents) Defendant will file prior to the scheduled October 20, 2005 telephonic status conference.

Should Your Honor have any questions regarding this status report, please do not hesitate to contact me.

Respectfully,

ROBERT D. ARDIZZI

\rda
cc:    Elizabeth A. Wilburn, Esquire
       Albert A. Ciardi, III, Esquire