THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILMINGTON HOSPITALITY, LLC,                  :
A Delaware limited liability company,          :
JOSEPH L. CAPANO, SR., and ALBERT              :
A. VIETRI,                                     :
                                               :   C.A. No. 05-180-KAJ
            Plaintiffs,                         :
                                               :
      v.                                        :
                                               :
BRANCH BANKING & TRUST                          :
COMPANY, a foreign corporation,                 :
                                               :
            Defendant.                          :

## NOTICE OF CONVENTIONAL FILING OF OTHER DOCUMENTS

TO:   Robert Daniel Ardizzi, Esquire
      Davis, Bucco & Ardizzi
      2 North Colonial Ave.
      Elsmere, DE 19805

      PLEASE TAKE NOTICE that Defendant, Branch Banking & Trust Company, by and

through its undersigned counsel, filed by conventional filing with the Court, and served on the

party listed above, *Defendant's Compendium of Unreported Opinion Cited in Defendant's*

*Motion to Dismiss* via First Class Mail and this *Notice of Conventional Filing*, via electronic

filing on October 20, 2005.

                              **BLANK ROME LLP**


                              _____
                              Neal C. Belgam (DE ID #2721)
                              Elizabeth A. Wilburn (DE ID #3666)
                              Michelle A. Bimson (DE ID #4381)
                              1201 N. Market Street, Suite 800
                              Wilmington, DE 19801
                              Telephone: (302) 425-6400
Dated: October 20, 2005       Facsimile: (302) 425-6464

## CERTIFICATE OF SERVICE

I, Michelle A. Bimson, hereby certify that on this 20th day of October, 2005, I caused a copy of DEFENDANT'S NOTICE OF CONVENTIONAL FILING OF OTHER DOCUMENTS to be delivered to the following in the manner indicated below:

### BY ELECTRONIC FILING & FIRST CLASS MAIL

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE 19805

Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street
Suite 2020
Philadelphia, PA 19103

_____
Michelle A. Bimson #4381

113397.00601/40157415v.1