

Phone:  (302) 425-6487
Fax:    (302) 425-6464
Email:  wilburn@blankrome.com

October 20, 2005

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. Courthouse
844 King Street
Lock Box 10
Wilmington, Delaware 19801

Re: **Wilmington Hospitality, LLC v. Branch Banking & Trust, C.A. No. 05-180-KAJ**

Dear Judge Jordan:

Enclosed for the convenience of the Court is a courtesy copy of Defendant's Opening Brief in Support of its Motion to Dismiss and for Judgment on the Pleadings, along with a supporting Compendium of Unreported Opinions.

Counsel for Defendant are available at the call of the Court.

Respectfully submitted,

ELIZABETH A. WILBURN

EAW:

cc: Clerk of the Court (by electronic filing)
    Robert Daniel Ardizzi, Esquire (w/enclosure by first class mail)