THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, a Delaware limited liability company, JOSEPH L. CAPANO, SR., and ALBERT A. VIETRI, <br><br> Plaintiffs, <br><br> v. <br><br> BRANCH BANKING & TRUST COMPANY, a foreign corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 05-180-KAJ <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### DEFENDANT'S MOTION TO DISMISS

Defendant Branch Banking & Trust Company, by and through its undersigned counsel, hereby moves, pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, for an order dismissing this action with prejudice and assessing the costs of this action against the Plaintiff. The grounds for the motion, which will be more particularly set forth in Defendant's opening brief in support of its motion, will include, without limitation, that Plaintiffs' Complaint fails to state claims upon which relief can be granted and judgment should be granted for Defendant on the pleadings.

113397.00601/40157409v.1

BLANK ROME, LLP

BY: _____
Elizabeth A. Wilburn (#3666)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Attorneys for Defendant Branch Banking & Trust Company

Dated: October 20, 2005

113397.00601/40157409v.1

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on this 20th day of October, 2005, I caused two copies of the foregoing Motion to Dismiss to be delivered to the following in the manner indicated below:

### BY ELECTRONIC FILING AND BY FIRST CLASS MAIL

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE  19805

Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street
Suite 2020
Philadelphia, PA 19103

*[Signature]*
Elizabeth A. Wilburn #3666