## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC<br>JOSEPH L. CAPANO, SR.<br>ALBERT A. VIETRI<br><br>　　　　　　　　　　Plaintiffs<br><br>　　　v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY   (Successor of Republic Bank)<br><br>　　　　　　　　　　Defendant | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:05-cv-180(KAJ)<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT'S MOTION TO DISMISS

It is hereby stipulated and agreed by and between the attorneys for Wilmington Hospitality, LLC, Joseph L. Capano, Sr. and Albert A. Vietri, (the "Plaintiffs") and Branch Banking and Trust Company (the "Defendant") that the time that Plaintiffs may serve and file an Answer to Defendant's Motion to Dismiss is hereby extended to November 4, 2005, and Defendant's Reply Brief may be filed November 11, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert D. Ardizzi | /s/ Elizabeth A. Wilburn |
| Robert D. Ardizzi (DE #3602) | Elizabeth A. Wilburn (DE #3666) |
| Davis, Bucco & Ardizzi | Blank Rome, LLP |
| 10 East 6th Avenue, Suite 100 | Chase Manhattan Centre |
| Conshohocken, PA 19428 | 1201 Market Street, Suite 800 |
| (610) 238-0880 | Wilmington, DE 19801 |
| (610) 238-0244 (fax) | (302) 425-6400 |
| Attorney for Plaintiffs | Attorney for Defendant |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October _____, 2005

113397.00601/40157511v.1