**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC<br>JOSEPH L. CAPANO, SR.<br>ALBERT A. VIETRI<br><br>                    Plaintiffs<br><br>       v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY   (Successor of Republic Bank)<br><br>                    Defendant | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:05-cv-180(KAJ)<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Wilmington Hospitality, LLC , Joseph L. Capano, Sr. , and Albert A. Vietri (collectively, "Plaintiffs"), by and through their attorneys, Davis, Bucco & Ardizzi, and Ciardi & Ciardi, P.C., hereby submit this response ("Response") to Defendant Branch Banking & Trust's Motion to Dismiss. In support of their Response, Plaintiffs rely upon their brief in opposition to the Motion, which Plaintiffs are filing simultaneously with their Response and incorporate by reference as if set forth fully herein.

                        Respectfully submitted,

                    By:    <u>/s/ Robert D. Ardizzi, Esquire</u>
                            Robert Daniel Ardizzi, Esquire
                            Delaware Bar No. 3602
                            DAVIS & BUCCO, P.C.
                            2 North Colonial Avenue
                            Elsmere, DE 19805
                            (302) 345-9808
                            Attorney for Plaintiff

                            Albert A. Ciardi, III, Esquire
                            Michael A. Bowman, Esquire
                            CIARDI & CIARDI, P.C.
                            One Commerce Square, Suite 2020
                            2005 Market Street
                            Philadelphia, PA 19103
                            (215) 557-3550
                            Attorney for Plaintiffs