## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC <br> JOSEPH L. CAPANO, SR. <br> ALBERT A. VIETRI <br><br> Plaintiffs <br><br> v. <br><br> BRANCH BANKING AND TRUST <br> COMPANY   (Successor of Republic Bank) <br><br> Defendant | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:05-cv-180(KAJ) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Dismiss, and Plaintiffs' response thereto, it is hereby ORDERED that the Motion to Dismiss is DENIED.

_____
J.