## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC<br>JOSEPH L. CAPANO, SR.<br>ALBERT A. VIETRI<br><br>　　　　　　　　Plaintiffs<br><br>　　v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY   (Successor of Republic Bank)<br><br>　　　　　　　　Defendant | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:05-cv-180(KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE**

I, Robert Daniel Ardizzi, Esquire hereby certify that a copy of the attached Response in Opposition to Defendant Branch Banking & Trust's Motion to Dismiss and Brief in Opposition to said motion were served on this **3rd** day of **November 2005** by electronic filing and U.S. mail, postage prepaid upon:

Elizabeth A. Wilburn
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

　　　　　　　　　　　　　　　　　　/s/ Robert D. Ardizzi, Esquire
　　　　　　　　　　　　　　　　　　Robert Daniel Ardizzi, Esquire
　　　　　　　　　　　　　　　　　　DAVIS & BUCCO, P.C.
　　　　　　　　　　　　　　　　　　2 North Colonial Avenue
　　　　　　　　　　　　　　　　　　Elsmere, DE 19805
　　　　　　　　　　　　　　　　　　(302) 345-9808
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs