## THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILMINGTON HOSPITALITY, LLC,                    :
A Delaware limited liability company,           :
JOSEPH L. CAPANO, SR., and ALBERT               :
A. VIETRI,                                      :
                                                :    C.A. No. 05-180-KAJ
            Plaintiffs,                          :
                                                :
    v.                                          :
                                                :
BRANCH BANKING & TRUST COMPANY,                 :
a foreign corporation,                          :
                                                :
            Defendant.                           :
                                                :

### NOTICE OF CONVENTIONAL FILING OF OTHER DOCUMENTS

TO:    Robert Daniel Ardizzi, Esquire
       Davis, Bucco & Ardizzi
       2 North Colonial Ave.
       Elsmere, DE  19805

       PLEASE TAKE NOTICE that Defendant, Branch Banking & Trust Company, by and

through its undersigned counsel, filed by conventional filing with the Court, and served on the

party listed above, *Defendant's Compendium of Unreported Cases Cited in Defendant's Reply

Brief in Support of its Motion to Dismiss* via First Class Mail and this *Notice of Conventional

Filing*, via electronic filing on November 14, 2005.

                                        BLANK ROME LLP


                                        _____
                                        Elizabeth A. Wilburn (DE ID #3666)
                                        Michelle A. Bimson (DE ID #4381)
                                        1201 N. Market Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone:  (302) 425-6400
Dated:  November 14, 2005               Facsimile:  (302) 425-6464

## CERTIFICATE OF SERVICE

I, Michelle A. Bimson, hereby certify that on this 14th day of November, 2005, I caused a copy of DEFENDANT'S NOTICE OF CONVENTIONAL FILING OF OTHER DOCUMENTS to be delivered to the following in the manner indicated below:

### BY ELECTRONIC FILING & FIRST CLASS MAIL

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Ave.
Elsmere, DE  19805

Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street
Suite 2020
Philadelphia, PA 19103

_____
Michelle A. Bimson #4381

113397.00601/40157893v.1