IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON HOSPITALITY, LLC, A Delaware limited liability company, JOSEPH L. CAPANO, SR., and ALBERT A. VIETRI, <br><br> Plaintiffs, <br><br> v. <br><br> BRANCH BANKING & TRUST COMPANY, a foreign corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-180-KAJ <br> : <br> : <br> : <br> : |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

AGREED TO BY:

DAVIS, BUCCO & ARDIZZI                              BLANK ROME LLP

BY: /s/ Robert D. Ardizzi by                         BY: /s/ Elizabeth A. Wilburn
Robert Daniel Ardizzi (#3602)                        Elizabeth A. Wilburn (#3666)
2 North Colonial Avenue                              1201 North Market St.
Elsmere, DE 19805                                    Suite 800
(302) 345-9808                                       Wilmington, DE 19801

Attorneys for Plaintiffs                             Attorneys for Defendant

113397.00601/40158909v.1